IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DOROTHEA L. JOYNER,            *

    Plaintiff,            *

vs.                            *

                            CASE NO. 4:18-CV-37 (CDL)

NATIONWIDE HOTEL MANAGEMENT   *
COMPANY, LLC,
                             *

    Defendant.
                               *

O R D E R

Dorothea L. Joyner moved for reconsideration of the Court's order denying her motion to recuse. *See* Order on Recusal (Sept. 19, 2018), ECF No. 50. Local Rule 7.6 provides that motions for reconsideration shall not be filed as a matter of routine practice. M.D. Ga. R. 7.6. Generally, such motions will only be granted if the movant demonstrates that (1) there was an intervening development or change in controlling law, (2) new evidence has been discovered, or (3) the court made a clear error of law or fact. *Rhodes v. MacDonald*, 670 F. Supp. 2d 1363, 1378 (M.D. Ga. 2009). Here, Joyner asserts that the Court made a clear error of fact in deciding her motion to recuse. To "demonstrate clear error, the party moving for reconsideration must do more than simply restate [her] prior arguments" or "vent [her] dissatisfaction with the Court's reasoning." *McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1223 (M.D. Ga. 1997).

Joyner argues that the Court should reconsider its recusal decision because she disagrees with the Court's findings. She contends that, in the recusal order, the Court failed to consider her argument that the undersigned's discussion with opposing counsel during the scheduling conference created an appearance of impropriety. Therefore, Joyner asserts, the Court made a clear error of fact when it stated that she "fail[ed] to allege sufficient facts to . . . show that the impartiality of the undersigned might be reasonably questioned." Order 2 (Sept. 19, 2018), ECF No. 50. Because Joyner merely disputes the Court's conclusion that the undersigned's actions during the scheduling conference did not create an appearance of impropriety, she has not pointed to a valid ground for reconsideration. Therefore, Joyner's motion for reconsideration (ECF No. 51) is denied.

IT IS SO ORDERED, this 19th day of December, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA